UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

February 14, 2002

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL RE:   Carlos Hernandez, et al. v.
Amtrak Police Department, et al.
Civil #L-02-404

Dear Counsel:

This case has been assigned to me. Accordingly, the parties are to submit copies of their respective pleadings, complaint, answers and motions to dismiss, directly to me on or before March 1, 2002.

A telephone conference will be held on March 7, 2002, at 10 a.m. to discuss this case. One of counsel is asked to initiate this conference call.

The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

C/M CHAMBERS   2/14/02

Hernandez v. Amtrak, Civil #L-02-404

Copies sent by chambers to:

S.K. Gupta, Esq.
Spevack & Cannan
525 Green Street
Iselin, NJ 08830

Gerald T. Ford, Esq.
Landman, Corsi, Ballaine & Ford
One Gateway Center, #500
Newark, NJ 07102-5311

Carolyn W. Skolnik, Esq.
Assistant Attorney General
Educational Affairs Division
200 St. Paul Place
Baltimore, MD 21202-2021

Michael K. Gottlieb, Esq.
Executive Office of the President
Office of the National Drug Control Policy
Office of the General Counsel
Washington, DC 20503

William Strazza, Esq.
2004 Morris Avenue, #5
Union, NJ 07083