IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CARLOS HERNANDEZ & \
CARLITA HERNANDEZ

 Plaintiffs

            Case No. L-02-CV-404

v.

AMTRAK POLICE DEPT., OFFICER
STEVENSON, OFFICER LUCKY, SGT.
WEBSTER, THOMAS H. CARR,
DIRECTOR, WASHINGTON/BALTIMORE
HIGH INTENSITY DRUG TRAFFICKING
AREA (H.I.D.T.A.), EDWARD JURITH,
ACTING DIRECTOR, OFFICE OF NAT'L
DRUG CONTROL POLICY, JOHN DOES, 1-10

 Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, through their undersigned counsel, hereby stipulate and agree that all of Plaintiffs' claims against Defendants Amtrak Police Dept., Officer Stevenson, Officer Lucky, Sgt. Webster, Thomas H. Carr, Director, Washington/Baltimore High Intensity Drug Trafficking Area (H.I.D.T.A.), Edward Jurith, Acting Director, Office of National Drug Control Policy and John Does 1-10 in the above-captioned matter shall be and hereby are dismissed with prejudice as to all Defendants.

APPROVED THIS 15TH DAY OF MAY, 2002

B. Legg
BENSON EVERETT LEGG, U.S.D.J.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____
Andrew C. White (Bar No. 8821)
201 North Charles Street
Suite 2600
Baltimore, Maryland 21201
(410) 576-2200

Attorney for Plaintiffs,
Carlos Hernandez & Carlita Hernandez

By: _____
Thomas F. Corcoran (Bar. No. 24894)
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

(410) 209-4800

Attorney for Defendants, Edward Jurith, Acting Director of Office of Nat'l Drug Control Policy and Office of Nat'l Drug Control Policy

_____
Patricia Lambert (Bar No. 2539)
HODES, ULMAN, PESSIN & KATZ, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204-2600
(410) 938-8800

Attorney for Defendants,
Amtrak Police Dept.,
Officer Stevenson
Officer Lucky
Sgt. Webster
Thomas H. Carr

**DATE:     MAY 10, 2002**

*Carolyn W. Skolnik /rsc.*
Carolyn W. Skolnik, Esq.
Assistant Attorney General
Educational Affairs Division
200 Saint Paul Place, 17th Flr.
Baltimore, Maryland 21202-2021
Attorney for Thomas H. Carr, Director
Washington/Baltimore High Intensity
Drug Trafficking Area